**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Kitchen Man Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**81-0823856**

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **107 Jay Court**<br>**Hampstead, NC 28443** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pender** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://kitchenmannc.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    __The Kitchen Man Inc._____    Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2361__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.
If more than 2 cases, attach a separate list.    ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **The Kitchen Man Inc.**                                    Case number (*if known*) _____
         _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name   _____
          Phone          _____

---

**█ Statistical and administrative information**

**13.  Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **The Kitchen Man Inc.**                                      Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **The Kitchen Man Inc.**                                                    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2025**
MM / DD / YYYY

**X** **/s/ Chris Dabideen**                                    **Chris Dabideen**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Richard P Cook**                          Date    **August 18, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Richard P Cook**
Printed name

**Richard P. Cook. PLLC**
Firm name

**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
Number, Street, City, State & ZIP Code

Contact phone    **(910)399-3458**    Email address    **CapeFearDebtRelief@gmail.com**

**NC Bar 37614 NC**
Bar number and State

**RESOLUTIONS OF THE DIRECTORS**
**OF THE KITCHEN MAN INC.**

The undersigned, being all of the Directors of The Kitchen Man Inc. (the "Company"), do hereby adopt the following resolutions by signing their written consent hereto and by the execution of this consent do hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

WHEREAS, the directors of the Company have evaluated the Company's alternatives in connection with its current financial condition and have determined that the filing of a voluntary petition for relief (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina is in the best interests of the Company; and

RESOLVED, that the Company shall be, and hereby is authorized to file a Petition for relief under Title 11 of the United States Bankruptcy Code, in the Eastern District of North Carolina (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Chris Dabideen shall be authorized to act on behalf of the Company with respect to all of the Company's bankruptcy proceedings, including but not limited to signing any and all documents pertaining to the Company's bankruptcy and attending any and all hearings and conferences related to the Company's bankruptcy;

FURTHER RESOLVED, that any officer of the Company, or any other such person designated by the Company, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) execute, acknowledge, deliver, verify, and file or cause to be filed all petition, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (b) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and,

FURTHER RESOLVED, that the Directors are hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Company or its legal counsel, a true copy of the foregoing resolutions.

This action is effective as of the 18th day of August, 2025.


/s/ Chris Dabideen                          /s/ Amanda Dabideen
Chris Dabideen, President                   Amanda Dabideen, Vice President

1

**Fill in this information to identify the case:**

Debtor name **The Kitchen Man Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**August 18, 2025**___          X *_/s/ Chris Dabideen_*
                                                  Signature of individual signing on behalf of debtor

                                                  **Chris Dabideen**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Kitchen Man Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,521,395.32** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$4,218,636.09** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$3,972,097.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **The Kitchen Man Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED EXHIBIT** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Pearl Delta Funding, LLC v.<br>The Kitchen Man Inc<br>Filing # 227500329** | **Collection** | **Circuit Court, Miami-Dade County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   __The Kitchen Man Inc.__                                        Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Richard P. Cook. PLLC<br>dba Cape Fear Debt Relief<br>7036 Wrightsville Avenue,<br>Suite 101<br>Wilmington, NC 28403** | | **June 26,<br>2025<br>($5,000.00)<br>August 7,<br>2025<br>($5,000.00)** | **$10,000.00** |
| | **Email or website address<br>CapeFearDebtRelief@gmail.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

Debtor    **The Kitchen Man Inc.**                                          Case number *(if known)*

---

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   | --- | --- |

   **Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   | --- | --- | --- |

   **Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

   **Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   | --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   | --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __The Kitchen Man Inc.__                                Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chris & Amanda Dabideen**<br>**107 Jay Court**<br>**Hampstead, NC 28443** | | **Debtor leases Mr. and Mrs. Dabideens' 2014 Ford Econoline, 2006 GMC box truck, and 2021 Ford Transit. Debtor pays the monthly installment payments to the respective lenders and provides insurance for the vehicles.** | **$0.00** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **The Kitchen Man Inc.** | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Borges Holdings Inc. dba RJB Tax Assoc**<br>**Attn: Managing Officer or Agent**<br>**503 Olde Waterford Way Ste 202**<br>**Leland, NC 28451** | **2022 - 2024** |
| 26a.2. **Beverly Zaza CPA**<br>**Attn: Managing Officer or Agent**<br>**11 Long Ky**<br>**Hitchcock, TX 77563** | **2024 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Dabideen** | **107 Jay Court**<br>**Hampstead, NC 28443** | **President, majority shareholder** | **75%** |

Debtor    **The Kitchen Man Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amanda Dabideen | 107 Jay Court Hampstead, NC 28443 | Vice president, minority shareholder | 25% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Chris Dabideen 107 Jay Court Hampstead, NC 28443 | Approximately $150,000 | Past 12 months | Mr. Dabideen receives a combination of W-2 wages and owner draws from the company. |
| | Relationship to debtor President | | | |
| 30.2. | Amanda Dabideen 107 Jay Court Hampstead, NC 28443 | Approximately $50,000 | Past 12 months. | Mrs. Dabideen receives a combination of W-2 wages and owner draws from the company. |
| | Relationship to debtor Vice President | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **The Kitchen Man Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2025**

**/s/ Chris Dabideen**                                    **Chris Dabideen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **The Kitchen Man Inc.**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)        _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ **556,644.46**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ **556,644.46**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **1,177,561.72**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ **742,384.90**

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____ **1,919,946.62**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Kitchen Man Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AGM Tools Attn: Managing Officer or Agent 9940 Sweet Basil Dr Wake Forest, NC 27587** | | **Vendor** | | | | **$22,000.00** |
| **Ally Financial Attn: Managing Officer or Agent PO Box 380902 Bloomington, MN 55438-0902** | | **2021 Dodge Ram Promaster 2500 VIN: 3C6LRVCG9ME590762** | | **$30,108.84** | **$12,600.00** | **$17,508.84** |
| **Amagran Attn: Managing Officer or Agent Rod. Camilo Cola S/N ES 488 KM 05 Campobello, SC 29322** | | **Vendor** | | | | **$51,144.67** |
| **Amur Equipment Finance, Inc. Attn: Managing Officer or Agent 304 W. 3rd Street Grand Island, NE 68801** | | **2023 T Rex Model S, 5 Axis CNC with panel** | | **$304,000.00** | **$175,000.00** | **$129,000.00** |
| **Architechural Surfaces Attn: Managing Officer or Agent 511 Hinton Oaks Blvd Knightdale, NC 27545** | | **Vendor** | | | | **$18,762.88** |

| Debtor | **The Kitchen Man Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Canon Financial Services, Inc.**<br>**Attn: Managing Officer or Agent**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | | **2019 T Rex Model X Dual Table** | | **$238,987.67** | **$100,000.00** | **$138,987.67** |
| **CertaPro Painters - Wilmington**<br>**Attn: Managing Officer or Agent**<br>**1405 39th Street**<br>**Wilmington, NC 28403** | | **Vendor** | | | | **$18,700.00** |
| **Chart Local**<br>**Attn: Managing Officer or Agent**<br>**1224 Magnolia Village Way**<br>**Leland, NC 28451** | | **Vendor** | | | | **$107,540.20** |
| **Cosmos Granite & Marble**<br>**Attn: Managing Officer or Agent**<br>**501 S. New Hope Road**<br>**Raleigh, NC 27610** | | **Vendor** | | | | **$16,791.33** |
| **Easy Stones - Charleston**<br>**Attn: Managing Officer or Agent**<br>**7450 Industry Drive**<br>**North Charleston, SC 29418** | | **Vendor** | | | | **$40,350.00** |
| **IGP Tools**<br>**Attn: Managing Officer or Agent**<br>**1477 Connelly Springs Road**<br>**Lenoir, NC 28645** | | **Vendor** | | | | **$19,840.00** |
| **MS International, Inc.**<br>**Attn: Managing Officer or Agent**<br>**385 Spectrum Drive #100**<br>**Knightdale, NC 27545** | | **Vendor** | | | | **$19,804.37** |

Debtor **The Kitchen Man Inc.**                                        Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NFS Capital, LLC fka NFS Leasing**<br>**Attn: Managing Officer or Agent**<br>**900 Cummings Center**<br>**Suite 226-U**<br>**Beverly, MA 01915** | | **All assets** | | **$70,000.00** | **$0.00** | **$70,000.00** |
| **North Mill Credit Trust**<br>**Attn: Managing Officer or Agent**<br>**9 Executive Circle, Suite 230**<br>**Irvine, CA 92614** | | **2023 T Rex Model S, CNC Machine 2024 T Rex, tables/laset projector** | | **$346,073.52** | **$150,000.00** | **$196,073.52** |
| **North Mill Credit Trust**<br>**Attn: Managing Officer or Agent**<br>**9 Executive Circle, Suite 230**<br>**Irvine, CA 92614** | | **2023 T Rex Model S, CNC Machine 2024 T Rex, tables/laset projector** | | **$119,106.13** | **$150,000.00** | **$119,106.13** |
| **Pearl Delta Funding, LLC**<br>**Attn: Managing Officer or Agent**<br>**525 Washington Blvd, Floor 22**<br>**Jersey City, NJ 07310** | | **MCA agreement** | **Disputed** | | | **$284,601.94** |
| **Selective Insurance Comp of Amer**<br>**Attn: Managing Officer/Agent**<br>**40 Wantage Avenue**<br>**Branchville, NJ 07890-1000** | | **Insurance** | | | | **$18,000.00** |
| **Stone Basyx**<br>**Attn: Managing Officer or Agent**<br>**1115 N. New Hope Road**<br>**Raleigh, NC 27610** | | **Vendor** | | | | **$19,450.00** |
| **Trade Venture Stones**<br>**Attn: Managing Officer or Agent**<br>**365 Spectrum Drive, Suite 100**<br>**Knightdale, NC 27545** | | **Vendor** | | | | **$24,755.57** |

Debtor   **The Kitchen Man Inc.**                                              Case number *(if known)*  _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tucker Attn: Managing Officer or Agent 6361 Ocean Hwy, E, Suite 4 Winnabow, NC 28479** | | **Vendor** | | | | **$25,814.00** |

---

**Fill in this information to identify the case:**

Debtor name     **The Kitchen Man Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Corning Credit Union** **Balance as of June 30, 2025** | **Countertop Savings 130-0001** | $5.00 |
| 3.2. | **Corning Credit Union** **Balance as of June 30, 2025** | **Money Market 130-0004** | $3.25 |
| 3.3. | **Corning Credit Union** **Balance as of June 30, 2025** | **Countertop Main Checking 130-0009** | $0.00 |
| 3.4. | **Corning Credit Union** **Balance as of June 30, 2025** | **Payroll 130-0011** | $16,499.60 |
| 3.5. | **Corning Credit Union** **Balance as of June 30, 2025** | **Remodel Sub Checking 130-0012** | $9,536.61 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $26,044.46

Debtor    **The Kitchen Man Inc.**                                   Case number *(If known)* _____
_____
Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **0.00**        -        **0.00**        = ....        **Unknown**
_____              _____                    _____
face amount                    doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                     **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Leftover countertop inventory** | | **$0.00** | | **$2,500.00** |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    **$2,500.00**
Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

| Debtor | **The Kitchen Man Inc.** | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office furniture, equipment, software, office supplies** | $0.00 | | $5,000.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|--|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.

    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Dodge Ram Promaster 2500** | | | |
|       **VIN: 3C6LRVCG9ME590762** | $0.00 | | $12,600.00 |

Debtor   **The Kitchen Man Inc.**                                    Case number *(If known)* _____
         Name

| 47.2. | **2020 Chevrolet Silverado** | | |
|---|---|---|---|
| | VIN: 1GCRYEED0LZ354416 | $0.00 | | $32,000.00 |

| 47.3. | **2019 Chevrolet Traverse** | | |
|---|---|---|---|
| | VIN: 1GNERGKW0KJ181434 | $0.00 | | $16,000.00 |

| 47.4. | **2017 Chevrolet Volt**<br>**VIN: G1RA6S56HU145640**<br>**Jointly owned with Amanda Dabideen** | $0.00 | | $10,000.00 |
|---|---|---|---|

| 47.5. | **2016 Chevrolet Cruze**<br>**VIN: 1G1BE5SM6G7272540**<br>**Jointly owned with Chris Dabideen** | $0.00 | | $4,000.00 |
|---|---|---|---|

| 47.6. | **2001 Chevrolet Express G3500**<br>**VIN: 1GCHG39R411165112** | $0.00 | | $2,500.00 |
|---|---|---|---|

| 47.7. | **Enclosed trailer** | $0.00 | | $1,500.00 |
|---|---|---|---|

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **2023 T Rex Model S, CNC Machine**<br>**2024 T Rex, tables/laset projector** | $0.00 | | $150,000.00 |
|---|---|---|---|
| **2023 T Rex Model S, 5 Axis CNC with panel** | $0.00 | | $175,000.00 |
| **2019 T Rex Model X Dual Table** | $0.00 | | $100,000.00 |
| **LT-2D3D** | $0.00 | | $2,500.00 |
| **MUSA 480 Volt (back splash machine)** | $0.00 | | $15,000.00 |
| **Small tools, equipment** | $0.00 | | $2,000.00 |

51.   **Total of Part 8.**                                              | $523,100.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

| Debtor | **The Kitchen Man Inc.** | Case number *(If known)* | |
|--------|-------------------------|--------------------------|--|
| | Name | | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** website: https://kitchenmannc.com/ | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|-----------|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **The Kitchen Man Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,044.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $523,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $556,644.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $556,644.46 |

**Fill in this information to identify the case:**

Debtor name     **The Kitchen Man Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

### 2.1  Ally Financial

Creditor's Name

**Attn: Managing Officer or Agent**
**PO Box 380902**
**Bloomington, MN 55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Dodge Ram Promaster 2500**

**VIN: 3C6LRVCG9ME590762**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,108.84** | **$12,600.00**

### 2.2  Amur Equipment Finance, Inc.

Creditor's Name

**Attn: Managing Officer or Agent**
**304 W. 3rd Street**
**Grand Island, NE 68801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2023 T Rex Model S, 5 Axis CNC with panel**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$304,000.00** | **$175,000.00**

Debtor    **The Kitchen Man Inc.**                                            Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Canon Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $238,987.67 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer or Agent**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Creditor's mailing address

**2019 T Rex Model X Dual Table**

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3651**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Chase Auto Finance** | Describe debtor's property that is subject to a lien | $34,679.98 | $32,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer or Agent**
**700 Kansas Lane LA4-4025**
**Monroe, LA 71203-4774**

Creditor's mailing address

**2020 Chevrolet Silverado**

**VIN: 1GCRYEED0LZ354416**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **NFS Capital, LLC fka NFS Leasing** | Describe debtor's property that is subject to a lien | $70,000.00 | $0.00 |
|---|---|---|---|---|

Debtor   **The Kitchen Man Inc.**                                           Case number (if known)
_____                                   _____
Name

| Creditor's Name | |
|---|---|
| **Attn: Managing Officer or Agent** | **All assets** |
| **900 Cummings Center** | |
| **Suite 226-U** | |
| **Beverly, MA 01915** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **North Mill Credit Trust** | | | $346,073.52 | $150,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | |
|---|---|
| **Attn: Managing Officer or Agent** | **Describe debtor's property that is subject to a lien** |
| **9 Executive Circle, Suite 230** | **2023 T Rex Model S, CNC Machine** |
| **Irvine, CA 92614** | **2024 T Rex, tables/laset projector** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. North Mill Credit Trust** | ☐ Unliquidated |
| **2. North Mill Credit Trust** | ☐ Disputed |

---

| 2.7 | **North Mill Credit Trust** | | | $119,106.13 | $150,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | |
|---|---|
| **Attn: Managing Officer or Agent** | **Describe debtor's property that is subject to a lien** |
| **9 Executive Circle, Suite 230** | **2023 T Rex Model S, CNC Machine** |
| **Irvine, CA 92614** | **2024 T Rex, tables/laset projector** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |

Debtor    **The Kitchen Man Inc.**                                        Case number *(if known)* _____
          Name

Creditor's email address, if known          ☐ Yes

                                            **Is anyone else liable on this claim?**
**Date debt was incurred**
                                            ☐ No
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☐ No                                        ☐ Contingent
■ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.
**Specified on line 2.6**

---

| 2.8 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $23,154.62 | $16,000.00 |
|-----|---------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**Attn: Managing**            **2019 Chevrolet Traverse**
**Officer/Agent**
**PO Box 9223**              **VIN: 1GNERGKW0KJ181434**
**Farmington Hills, MI**
**48333-9223**

Creditor's mailing address    **Describe the lien**
                              **Purchase Money Security**
                              **Is the creditor an insider or related party?**
                              ■ No
Creditor's email address, if known    ☐ Yes

                              **Is anyone else liable on this claim?**
**Date debt was incurred**    ■ No

**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.9 | **Towne Bank** | Describe debtor's property that is subject to a lien | $11,450.96 | $10,000.00 |
|-----|----------------|------------------------------------------------------|------------|------------|

Creditor's Name

**Attn: Managing Officer or**    **2017 Chevrolet Volt**
**Agent**                        **VIN: G1RA6S56HU145640**
**PO Box 2818**                  **Jointly owned with Amanda Dabideen**
**Norfolk, VA 23501-2818**

Creditor's mailing address       **Describe the lien**
                                 **Purchase Money Security**
                                 **Is the creditor an insider or related party?**
                                 ■ No
Creditor's email address, if known    ☐ Yes

                                 **Is anyone else liable on this claim?**
**Date debt was incurred**       ☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

Debtor    **The Kitchen Man Inc.**                                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,177,561.72 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **The Kitchen Man Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Brunswick County Revenue** **Attn: Managing Officer or Agent** **PO Box 580335** **Charlotte, NC 28231** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | The Kitchen Man Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--|--|--|--|--|

**NC Dept of Commerce, DES**
**Attn: Manager of Agent**
**PO Box 26504**
**Raleigh, NC 27611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--|--|--|--|--|

**New Hanover County Tax Office**
**Attn: Managing Officer or Agent**
**PO Box 18000**
**Wilmington, NC 28406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--|--|--|--|--|

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--|--|--|--|--|

**Pender County Tax Assessor**
**Attn: Managing Officer/Agent**
**PO Box 67**
**Burgaw, NC 28425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor     **The Kitchen Man Inc.**                                    Case number *(if known)* _____

Name

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,343.10**

**AG Stones Raleigh**
**Attn: Managing Officer or Agent**
**1251 Burma Dr Suite 112**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00**

**AGM Tools**
**Attn: Managing Officer or Agent**
**9940 Sweet Basil Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,144.67**

**Amagran**
**Attn: Managing Officer or Agent**
**Rod. Camilo Cola S/N ES 488 KM 05**
**Campobello, SC 29322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,762.88**

**Architechural Surfaces**
**Attn: Managing Officer or Agent**
**511 Hinton Oaks Blvd**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Beverly Zaza CPA**
**Attn: Managing Officer or Agent**
**11 Long Ky**
**Hitchcock, TX 77563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___For notice purposes only___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,700.00**

**CertaPro Painters - Wilmington**
**Attn: Managing Officer or Agent**
**1405 39th Street**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,540.20**

**Chart Local**
**Attn: Managing Officer or Agent**
**1224 Magnolia Village Way**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Vendor___

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Kitchen Man Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Cosmos Granite & Marble**
Attn: Managing Officer or Agent
501 S. New Hope Road
Raleigh, NC 27610

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$16,791.33**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**DT University Centre LP**
Attn: Managing Officer or Agent
3300 Enterprise Parkway
Beachwood, OH 44122

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease breach__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Easy Stones - Charleston**
Attn: Managing Officer or Agent
7450 Industry Drive
North Charleston, SC 29418

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$40,350.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Francini Inc.**
Attn: Managing Officer or Agent
406 Landmark Drive
Wilmington, NC 28412

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$843.10**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**IGP Tools**
Attn: Managing Officer or Agent
1477 Connelly Springs Road
Lenoir, NC 28645

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$19,840.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**IMS USA**
Attn: Managing Officer or Agent
110 Portwatch Way, Suite 103
Wilmington, NC 28412

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,485.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Markraft Cabinets, LLC**
Attn: Managing Officer or Agent
2705 Castle Creek Lane
Wilmington, NC 28401

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$10,959.32**

---

Debtor **The Kitchen Man Inc.**
Name

Case number (if known) _____

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,804.37 |
|---|---|---|---|

**MS International, Inc.**
Attn: Managing Officer or Agent
385 Spectrum Drive #100
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284,601.94 |
|---|---|---|---|

**Pearl Delta Funding, LLC**
Attn: Managing Officer or Agent
525 Washington Blvd, Floor 22
Jersey City, NJ 07310

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **MCA agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,395.42 |
|---|---|---|---|

**Pearlman Group**
Attn: Managing Officer or Agent
455 Satellite Blvd, NW
Suwanee, GA 30024-2196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,400.00 |
|---|---|---|---|

**Reeves**
Attn: Managing Officer or Agent
PO Box 3608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Selective Insurance Comp of Amer**
Attn: Managing Officer/Agent
40 Wantage Avenue
Branchville, NJ 07890-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,450.00 |
|---|---|---|---|

**Stone Basyx**
Attn: Managing Officer or Agent
1115 N. New Hope Road
Raleigh, NC 27610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,204.00 |
|---|---|---|---|

**TA Cabinetry**
Attn: Managing Officer or Agent
1810 W. Pointe Drive
Charlotte, NC 28214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Kitchen Man Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,755.57** |
|---|---|---|---|

**Trade Venture Stones**
Attn: Managing Officer or Agent
365 Spectrum Drive, Suite 100
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,814.00** |
|---|---|---|---|

**Tucker**
Attn: Managing Officer or Agent
6361 Ocean Hwy, E, Suite 4
Winnabow, NC 28479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,200.00** |
|---|---|---|---|

**Vector Tools**
Attn: Managing Officer or Agent
PO Box 737135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ZP No. 323, LLC**
Attn: Managing Officer or Agent
c/o Zimmer Management Company
Wilmington, NC 28405

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Lease breach

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cosmos Granite & Marble**<br>**Attn: Managing Officer or Agent**<br>**1440 Westinghouse Blvd, Suite G**<br>**Charlotte, NC 28273** | Line  **3.8**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **DT University Centre LP**<br>**Attn: Managing Officer or Agent**<br>**c/o SITE Centers Corp.**<br>**3300 Enterprise Parkway**<br>**Beachwood, OH 44122** | Line  **3.9**<br><br>☐ Not listed. Explain ___ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 742,384.90 |

Debtor   **The Kitchen Man Inc.**
Name

Case number (*if known*) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **742,384.90**

**Fill in this information to identify the case:**

Debtor name **The Kitchen Man Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of retail location - 4830 Main Street, Unit 1, Shallotte, NC 28470** | |
| State the term remaining | **Month-to-month** | |
| List the contract number of any government contract | | **AJA Ventures LLC**<br>**Attn: Managing Officer or Agent**<br>**PO Box 2267**<br>**Shallotte, NC 28470** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases Mr. and Mrs. Dabideens' 2014 Ford Econoline, 2006 GMC box truck, and 2021 Ford Transit. Debtor pays the monthly installment payments to the respective lenders and provides insurance for the vehicles.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Chris & Amanda Dabideen**<br>**107 Jay Court**<br>**Hampstead, NC 28443** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease of retail location - University Centre, Wilmington, NC** | |
| State the term remaining | **2028** | |
| List the contract number of any government contract | | **DT University Centre LP**<br>**Attn: Managing Officer or Agent**<br>**3300 Enterprise Parkway**<br>**Beachwood, OH 44122** |

Debtor 1   **The Kitchen Man Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of retail location - 21600 US Highway 17, Hampstead, NC 28443** | |
|---|---|---|---|
| | State the term remaining | **September 30, 2025** | **Holden Holdings LLC**<br>**Attn: Managing Officer or Agent**<br>**c/o Pronto Property Management**<br>**17117 US Highway 17 N**<br>**Hampstead, NC 28443** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of manufacturing facility - 6361 Ocean Hwy East, Winnabow, NC 28479** | |
|---|---|---|---|
| | State the term remaining | **December 31, 2027** | **McGeoy & Bailey, LLC**<br>**Attn: Managing Officer or Agent**<br>**6361 Ocean Hwy East, Suite 4**<br>**Winnabow, NC 28479-5798** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Viking II CNC Bridge Saw w/Steel Walls, Joint Arm JIB Crane, SL Laser Pro Director 6** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **NFS Capital, LLC fka NFS Leasing**<br>**Attn: Managing Officer or Agent**<br>**900 Cummings Center**<br>**Suite 226-U**<br>**Beverly, MA 01915** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of retail location - Unit 1929G, Oleander Plaza, Wilmington, NC** | |
|---|---|---|---|
| | State the term remaining | **December 31, 2029** | **ZP No. 323, LLC**<br>**Attn: Managing Officer or Agent**<br>**c/o Zimmer Management Company**<br>**Wilmington, NC 28405** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          **The Kitchen Man Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Amanda Dabideen** | **107 Jay Court** **Hampstead, NC 28443** | **Towne Bank** | ☑ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.2 **Amanda Dabideen** | **107 Jay Court** **Hampstead, NC 28443** | **North Mill Credit Trust** | ☑ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.3 **Amanda Dabideen** | **107 Jay Court** **Hampstead, NC 28443** | **Amur Equipment Finance, Inc.** | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.4 **Chris Dabideen** | **107 Jay Court** **Hampstead, NC 28443** | **North Mill Credit Trust** | ☑ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.5 **Chris Dabideen** | **107 Jay Court** **Hampstead, NC 28443** | **Amur Equipment Finance, Inc.** | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |

Debtor    **The Kitchen Man Inc.**                                   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Chris Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | NFS Capital, LLC fka<br>NFS Leasing | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Amanda<br>Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | ZP No. 323, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.8 | Chris Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | ZP No. 323, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.9 | Chris Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | Holden Holdings LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |
| 2.10 | Chris Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | AJA Ventures LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.11 | Chris Dabideen | 107 Jay Court<br>Hampstead, NC 28443 | NFS Capital, LLC fka<br>NFS Leasing | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

Official Form 206H                        Schedule H: Your Codebtors                        Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

THE KITCHEN MAN INC.,                                    CASE NO.: 25-00000-5
                                                         CHAPTER 11

_____DEBTOR(S)_____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

_____

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one  year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services  rendered or to be rendered on behalf of the debtor in contemplation of or in connection  with the bankruptcy case is as follows:

For legal services, I have agreed to accept: $ Underline{Unknown}  (To be determined by the Court)

Prior to the filing of the Petition, I have received in Attorney's fees: $ 8,262.00

My firm is additionally holding $0.00 in trust for services to be provided.

Balance Due:   $Amount unknown (To be determined by the Court)

2.      The source of compensation paid to me is:

[X] Debtor                                    [ ] Other:

3.      The source of compensation to be paid to me is:

[X] Debtor                                    [ ] Other (specify):

4.      [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with  a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a)      Analysis of the debtor's financial situation, and rendering advice and assistance to

the debtor in determining whether to file a petition under Title 11, United States Code;

      b)     Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

      c)     Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

      d)     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

      e)     Additional fees to be approved by the Bankruptcy Court.

6.     By agreement with the debtor, the above disclosed fee does not include the following services:

Adversary Proceedings filed on behalf of the Bankruptcy Estate under Chapter 5 to augment the estate shall be compensated on a contingency fee basis.

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: August 18, 2025          RICHARD P. COOK, PLLC

                         /s/ Richard P. Cook
                         Richard P. Cook
                         Attorney for the Debtor(s)
                         N.C. State Bar No. 37614
                         7036 Wrightsville Ave, Suite 101
                         Wilmington, NC 28403
                         Telephone: (910) 399-3458
                         Email: Richard@CapeFearDebtRelief.com

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **The Kitchen Man Inc.**                                                    Case No. _____

_____                  Chapter   **11**
                                                Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 18, 2025**                          **/s/ Chris Dabideen**
_____          _____
                                                **Chris Dabideen/President**
                                                Signer/Title

AG Stones Raleigh
Attn: Managing Officer or Agent
1251 Burma Dr Suite 112
Apex, NC 27539

Brunswick County Revenue
Attn: Managing Officer or Agent
PO Box 580335
Charlotte, NC 28231

DT University Centre LP
Attn: Managing Officer or Agent
3300 Enterprise Parkway
Beachwood, OH 44122

AGM Tools
Attn: Managing Officer or Agent
9940 Sweet Basil Dr
Wake Forest, NC 27587

Canon Financial Services, Inc.
Attn: Managing Officer or Agent
14904 Collections Center Drive
Chicago, IL 60693

DT University Centre LP
Attn: Managing Officer or Agent
c/o SITE Centers Corp.
3300 Enterprise Parkway
Beachwood, OH 44122

AJA Ventures LLC
Attn: Managing Officer or Agent
PO Box 2267
Shallotte, NC 28470

CertaPro Painters - Wilmington
Attn: Managing Officer or Agent
1405 39th Street
Wilmington, NC 28403

Easy Stones - Charleston
Attn: Managing Officer or Agent
7450 Industry Drive
North Charleston, SC 29418

Ally Financial
Attn: Managing Officer or Agent
PO Box 380902
Bloomington, MN 55438-0902

Chart Local
Attn: Managing Officer or Agent
1224 Magnolia Village Way
Leland, NC 28451

Francini Inc.
Attn: Managing Officer or Agent
406 Landmark Drive
Wilmington, NC 28412

Amagran
Attn: Managing Officer or Agent
Rod. Camilo Cola S/N ES 488 KM 05
Campobello, SC 29322

Chase Auto Finance
Attn: Managing Officer or Agent
700 Kansas Lane LA4-4025
Monroe, LA 71203-4774

Holden Holdings LLC
Attn: Managing Officer or Agent
c/o Pronto Property Management
17117 US Highway 17 N
Hampstead, NC 28443

Amanda Dabideen
107 Jay Court
Hampstead, NC 28443

Chris & Amanda Dabideen
107 Jay Court
Hampstead, NC 28443

IGP Tools
Attn: Managing Officer or Agent
1477 Connelly Springs Road
Lenoir, NC 28645

Amur Equipment Finance, Inc.
Attn: Managing Officer or Agent
304 W. 3rd Street
Grand Island, NE 68801

Chris Dabideen
107 Jay Court
Hampstead, NC 28443

IMS USA
Attn: Managing Officer or Agent
110 Portwatch Way, Suite 103
Wilmington, NC 28412

Architechural Surfaces
Attn: Managing Officer or Agent
511 Hinton Oaks Blvd
Knightdale, NC 27545

Cosmos Granite & Marble
Attn: Managing Officer or Agent
501 S. New Hope Road
Raleigh, NC 27610

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Beverly Zaza CPA
Attn: Managing Officer or Agent
11 Long Ky
Hitchcock, TX 77563

Cosmos Granite & Marble
Attn: Managing Officer or Agent
1440 Westinghouse Blvd, Suite G
Charlotte, NC 28273

Markraft Cabinets, LLC
Attn: Managing Officer or Agent
2705 Castle Creek Lane
Wilmington, NC 28401

McGeoy & Bailey, LLC
Attn: Managing Officer or Agent
6361 Ocean Hwy East, Suite 4
Winnabow, NC 28479-5798

Pender County Tax Assessor
Attn: Managing Officer/Agent
PO Box 67
Burgaw, NC 28425

Vector Tools
Attn: Managing Officer or Agent
PO Box 737135

MS International, Inc.
Attn: Managing Officer or Agent
385 Spectrum Drive #100
Knightdale, NC 27545

Reeves
Attn: Managing Officer or Agent
PO Box 3608

ZP No. 323, LLC
Attn: Managing Officer or Agent
c/o Zimmer Management Company
Wilmington, NC 28405

NC Dept of Commerce, DES
Attn: Manager of Agent
PO Box 26504
Raleigh, NC 27611

Selective Insurance Comp of Amer
Attn: Managing Officer/Agent
40 Wantage Avenue
Branchville, NJ 07890-1000

New Hanover County Tax Office
Attn: Managing Officer or Agent
PO Box 18000
Wilmington, NC 28406

Stone Basyx
Attn: Managing Officer or Agent
1115 N. New Hope Road
Raleigh, NC 27610

NFS Capital, LLC fka NFS Leasing
Attn: Managing Officer or Agent
900 Cummings Center
Suite 226-U
Beverly, MA 01915

TA Cabinetry
Attn: Managing Officer or Agent
1810 W. Pointe Drive
Charlotte, NC 28214

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

TD Auto Finance
Attn: Managing Officer/Agent
PO Box 9223
Farmington Hills, MI 48333-9223

North Mill Credit Trust
Attn: Managing Officer or Agent
9 Executive Circle, Suite 230
Irvine, CA 92614

Towne Bank
Attn: Managing Officer or Agent
PO Box 2818
Norfolk, VA 23501-2818

Pearl Delta Funding, LLC
Attn: Managing Officer or Agent
525 Washington Blvd, Floor 22
Jersey City, NJ 07310

Trade Venture Stones
Attn: Managing Officer or Agent
365 Spectrum Drive, Suite 100
Knightdale, NC 27545

Pearlman Group
Attn: Managing Officer or Agent
455 Satellite Blvd, NW
Suwanee, GA 30024-2196

Tucker
Attn: Managing Officer or Agent
6361 Ocean Hwy, E, Suite 4
Winnabow, NC 28479

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **The Kitchen Man Inc.**                                                Case No. _____

                                                    Debtor(s)           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amanda Dabideen**<br>**107 Jay Court**<br>**Hampstead, NC 28443** | | **25%** | |
| **Chris Dabideen**<br>**107 Jay Court**<br>**Hampstead, NC 28443** | | **75%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 18, 2025**                          Signature   **/s/ Chris Dabideen**
                                                                **Chris Dabideen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **The Kitchen Man Inc.**                                          Case No. _____

                                        Debtor(s)          Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __The Kitchen Man Inc.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2025** _____          **/s/ Richard P Cook** _____
Date                                              **Richard P Cook**
                                              Signature of Attorney or Litigant
                                              Counsel for   **The Kitchen Man Inc.** _____
                                              **Richard P. Cook. PLLC**
                                              **dba Cape Fear Debt Relief**
                                              **7036 Wrightsville Avenue, Suite 101**
                                              **Wilmington, NC 28403**
                                              **(910)399-3458 Fax:(877) 836-6822**
                                              **CapeFearDebtRelief@gmail.com**